| Client Last Name | Client First Name | Client Middle Name | Contact Name | Contact's Relation to Client | City | State |
|---|---|---|---|---|---|---|
| Allen (deceased) | Beverly | Lavinia | c/o Charlene Williams | Sister | Crystal Springs | MS |
| Anderson | Christy | Virginia | | | Kalispell | MT |
| Belcher (deceased) | Courtney | Danielle | c/o Tina Shelton | Mother | Stigler | OK |
| Bennett, Jr. | Garry | Eugene | | | Lumberton | MS |
| Beres (deceased) | Erika | Lynn | c/o Elizabeth Leonard | Mother | Dravosburg | PA |
| Bishop | Ertonya | E. | | | Saginaw | MI |
| Bond | Melissa | | | | Gautier | MS |
| Bond (deceased) | Jason | Traylyn | c/o Melissa Bond | Widow | Gautier | MS |
| Boykin | Myrna | H. | | | Grand Bay | AL |
| Bullock | Angie | | | | Cleveland | MS |
| Burton (deceased) | Mason | Kash | c/o Jody Lynne Stewart Burton | Mother | Pompano Beach | FL |
| Byrd | Rhonda | Joyce | | | Richton | MS |
| Campbell | Crystal | Burton | | | Riverview | FL |
| Chandler, III (deceased) | Robert (Trey) | Lee | c/o Tracie Carter | Mother | West Memphis | AR |
| Conn (deceased) | LeeRae | A. | c/o Tim Kramer | Fiance | Waterford | MI |
| Contranchis (deceased) | Chad | Julius | c/o Brenda Contranchis | Mother | Marrero | LA |
| Coward, III | Glenn | Gerald | | | Brandon | MS |
| Cox | Amanda | Lynne | | | Columbus | MS |
| Crump | Tiffany | Morgan | | | Foxworth | MS |
| Davis | Jennifer | Lyn | | | Robertsdale | AL |
| Davis, Jr. | James | Matthew | | | Sandy Springs | GA |
| Desjardins (deceased) | Ronald | David | c/o Betsy H. Desjardins | Widow | Tampa | FL |
| Douglas | Gwyn | Elizabeth | | | Minden | NV |
| Duke | Christian | Elise | | | Meridian | MS |
| Dupart | Dennis | Solomin | | | Gulfport | MS |
| Ford | Henry | William | | | Lumberton | MS |
| Freeman | Brandon | Wade | c/o Darla Storey | Mother and Power of Attorney | Richland | MS |
| Glenn | Christopher | William | | | Columbus | MS |
| Gore | Vallon | Sue Ann Fleming | | | Bay St. Louis | MS |
| Griffith (deceased) | Justin | B. | c/o Casey J. Griffith | Widow | Chunky | MS |
| Hause (deceased) | Georgia | | c/o Michelle Fox | Daughter | Winter Haven | FL |
| Holley (deceased) | Joshua | | c/o Wendy Hoover | Mother | Brandon | MS |
| Hublot (deceased) | Isabelle | Nadine | c/o Claude Hublot | Father | Palmetto | FL |
| Ivy (deceased) | Steven | Wayne | c/o Debbie Craig Campbell | Mother | Horn Lake | MS |
| Joseph (deceased) | Evan | Matthew | c/o Tracy Joseph | Widow | Leadwood | MO |
| Keuter | Andrew | M. | | | Nashville | TN |

Exhibit 2

| Client Last Name | Client First Name | Client Middle Name | Contact Name | Contact's Relation to Client | City | State |
|---|---|---|---|---|---|---|
| Keyes | Christopher | | | | Mount Olive | MS |
| Ladner | Melanie | | | | Kiln | MS |
| Lajterman (deceased) | Daniel | M. | c/o Linda Lajterman | Mother | Stockholm | NJ |
| Lavandowski | Karen | E. | | | Wayne | NJ |
| Lott | David | Earl | | | Hattiesburg | MS |
| Lovito (deceased) | Scott | Dillon | c/o Kimberly LaPegna | Mother | Gaylordsville | CT |
| Lyons (deceased) | Kenneth | Jason | c/o Dianne Lyons | Mother | Oakland | MS |
| McCrocklin | Jason | | | | Georgetown | MS |
| Milliman | Matthew | | | | Georgetown | MS |
| Montalto-Walsh | Desiree | Nicole | | | Hillsboro | OH |
| Mosley (deceased) | Kimberly | Dianne | c/o Stephanie Ann Mosley | Mother | Lake Cormorant | MS |
| Nathan (deceased) | Leslie | Lazar | c/o Teasie Nathan | Widow | Gulfport | MS |
| Nauert (deceased) | Teresa | Lynn | c/o Fabrianne Debest Cloud | Mother | Indianapolis | IN |
| Nelson | Destiney | Ann | | | Kansas City | KS |
| Nutter | Sacha | Jo | | | Picayune | MS |
| Pawelek, Jr. (deceased) | Michael | J. | c/o Jacqueline Bochinasz | Aunt | Buffalo | NY |
| Pool (deceased) | Brittany | Jones | c/o Donna Davis | Mother | Jensen Beach | FL |
| Presley | Stephen | | | | Florence | MS |
| Price | Jennifer | Elizabeth Howard | | | Pensacola | FL |
| Pucciarelli (deceased) | Frank | | c/o Tracee L. Slagel | Mother | Zelienople | PA |
| Radcliff | Loraine | Rose | | | Gulfport | MS |
| Reed | Brock | | | | Brandon | MS |
| Rissman (deceased) | Joshua | | c/o Craig and Barbara Rissman | Parents | Tionesta | CA |
| Roberts | Jennifer | R. | | | Belmont | MS |
| Roe | Nicole | | | | Delray Beach | FL |
| Roe-Chattard (deceased) | Kim | | c/o Nicole Roe | Sister | Delray Beach | FL |
| Scott | Gretchen | M. | | | Wiggins | MS |
| Serrano | Janet | Lynn | | | Canandagiua | NY |
| Shamblin-McCoy | Julie | Ann | | | Sequim | WA |
| Shertinger (deceased) | Sandra | | c/o Nicholas Matthew Shertinger | Son | Columbia | MD |
| Smith | Kristy | | | | Gadsden | AL |
| Stafford | Michael | Shane | | | Baldwyn | MS |
| Stephens | Melissa | Renee | | | Brandon | MS |
| Strickland | Joseph | | | | Taylorsville | MS |
| Strickland | Miranda | | | | Taylorsville | MS |
| Tackett | Amy | Michele | | | Sumrall | MS |

Exhibit 2

| Client Last Name | Client First Name | Client Middle Name | Contact Name | Contact's Relation to Client | City | State |
|---|---|---|---|---|---|---|
| Terrell-Davis | Anita | Lynn | | | Foxworth | MS |
| Vandevander-Morgan | Kimberly | Ann | | | Carrollton | MS |
| Walker | Regina | | | | Pontiac | MI |
| Wandahsega-Williams | Marlene | Nanette | | | Wilson | MI |
| Ware | Jacklyn | Marie | | | Springhill | FL |
| West (minor) | Kania | M. | c/o Ertonya Bishop | Mother | Saginaw | MI |
| White | Kelly | B. | | | Brandon | MS |
| Williams, Sr. | Brian | L. | | | Wilson | MI |
| Zimmer (deceased) | Heather | | c/o Shelly Zimmer Johns | Mother | Elyria | OH |

Exhibit 2